IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SALVADOR RAMIREZ,

    Defendant.

: Case No. 3:18cr67(1)

: JUDGE WALTER H. RICE

---

ORDER DELAYING MOVING OF DEFENDANT TO DESIGNATED INSTITUTION

---

For good cause shown, it is hereby ordered that the Defendant's moving to his designated institution be delayed for twenty (20) days. The United States Marshal is to move defendant to his designated institution on or after July 23, 2019.

July 3, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal